UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:11-cr-0002 |
| v. | ) | |
| | ) | |
| HOWARD WAYNE BELL, | ) | |
| JAMES ROBERT CRAWFORD, | ) | |
| TIMOTHY RICHARD FORRESTER, | ) | |
| ROBERT DUANE HICKS | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Unseal the Indictment in Part. It is hereby ORDERED that:

The Government's Motion is GRANTED and the Indictment is ordered unsealed as to the names of the following defendants: Howard Wayne Bell, James Robert Crawford, Timothy Richard Forrester, and Robert Duane Hicks.

E. Clifton Knowles
United States Magistrate Judge
Middle District of Tennessee

Dated: This 18th day of April, 2011