## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002-16 |
| | ) | Judge Trauger |
| ROBERT DUANE HICKS | ) | |
| | ) | |

### O R D E R

The Unopposed Motion to Dismiss filed by the government (Docket No. 291) is **GRANTED**. It is hereby **ORDERED** that the pending Indictment against this defendant is **DISMISSED WITHOUT PREJUDICE**, and he is **ORDERED** released from pretrial detention on this case.

It is so **ORDERED.**

ENTER this 20th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge